IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD EDWARDS,<br>*Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| JAMES BANPFIELD,<br>*Defendant* | : : : | No. 22-2062 |

### ORDER

AND NOW, this 6th day of April, 2023, upon consideration of Defendant James Banpfield's Motion to Dismiss Plaintiff Gerald Edwards's Complaint (Doc. No. 10) and Mr. Edwards's response to the motion to dismiss (Doc. Nos. 11, 12), it is hereby **ORDERED** as follows:

1. Mr. Banpfield's motion to dismiss (Doc. No. 10) is **GRANTED WITH PREJUDICE** for the reasons set forth in the accompanying memorandum.

2. Mr. Edwards's Motion for Summary Judgment (Doc. No. 13) is **DEEMED MOOT**.

3. The Clerk of Court is directed to **CLOSE** this case for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE